## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. FEDERAL LABOR RELATIONS AUTHORITY,<br><br>*Defendant.* | CASE NO. 1:26-cv-11747-DJC |

### PLAINTIFFS' MOTION FOR EXPEDITED SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs, on behalf of themselves and their members, hereby move for summary judgment on all counts of Plaintiffs' Complaint—namely, their claims that Defendant U.S. Federal Labor Relations Authority violated the Administrative Procedure Act when it revoked the Authority's current delegation of authority to Regional Directors regarding all representation proceedings and associated two-stage review provision by (1) acting arbitrarily and capriciously by failing to provide a reasoned explanation for upending the decades-old representation framework; (2) acting arbitrarily and capriciously by failing to provide a reasoned explanation for the action's pending implementation date and applicability to existing cases; and (3) violating the APA's procedural requirements by enacting this action without allowing pre-promulgation notice and comment. *See* 5 U.S.C. § 706(2)(A), (D).

In support of their Motion, Plaintiffs incorporate their Memorandum of Points and Authorities in Support of Plaintiffs' Expedited Motion for Summary Judgment, Plaintiffs' Local Rule 56.1 Statement of Undisputed Material Facts, their submitted Declarations and exhibits

thereto, and the pending Joint Motion for Expedited Summary Judgment Briefing and Hearing and for Modification of Page Limits.

Dated: April 20, 2026                                     Respectfully submitted,

Alfred Gordon O'Connell, BBO # 630456
Jillian M. Bertrand, BBO # 682214
**Pyle Rome Ehrenberg PC**
2 Liberty Square, 10th Floor
Boston, MA 02109
Tel: (617) 367-7200
Fax: (617) 367-7200
agordon@pylerome.com
jbertrand@pylerome.com

Leon Dayan*
Lane Shadgett*
J. Alexander Rowell*
**Bredhoff & Kaiser, PLLC**
805 15th Street NW, Suite 1000
Washington, D.C. 20005
Tel: (202) 842-2600
Fax: (202) 842-1888
ldayan@bredhoff.com
lshadgett@bredhoff.com
arowell@bredhoff.com

*Attorneys for Plaintiffs*
*\*Pro hac vice motion pending*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for Plaintiffs communicated with counsel for the Defendant U.S. Federal Labor Relations Authority, Solicitor Thomas Tso, about Plaintiffs' initial intention to seek preliminary relief in this case. During this conference, the parties agreed to jointly seek expedited summary judgment proceedings. Defendant opposes this motion for summary judgment.

_____
Alfred Gordon O'Connell

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, a true copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel of record.

_____
Alfred Gordon O'Connell

3