**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, ET AL., | ) ) ) ) ) | |
| v. | ) ) | Civil Action Number: 1:26-cv-11747-DJC |
| U.S. FEDERAL LABOR RELATIONS AUTHORITY, | ) ) ) ) | |

## DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Federal Labor Relations Authority ("Defendant") hereby moves for summary judgment on all counts of Plaintiffs' Complaint. In support of the Motion, Defendant incorporates (1) Defendant's Memorandum of Points and Authorities in Support of Defendant's Opposition to Plaintiffs' Expedited Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment and (2) Defendant's Statement of Undisputed Facts Pursuant to Local Rule 56.1. Based on the arguments raised in the Plaintiffs' and Defendant's cross-motions for summary judgment, a hearing is not necessary.

Respectfully submitted,

By: /s/ Thomas Tso
THOMAS TSO
Solicitor
Federal Labor Relations Authority
1400 K Street, N.W., Suite 200
Washington, D.C. 20424
(771) 444-5779
ttso@FLRA.gov

Dated: May 1, 2026

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I certify that in accordance with Local Rule 7.1(a)(2), counsel for Defendant communicated with counsel for Plaintiffs about Defendant's intention to file a cross-motion for summary judgment along with the opposition to Plaintiffs' motion for summary judgment. Plaintiffs oppose this cross-motion for summary judgment.

/s/ Thomas Tso
THOMAS TSO

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 1, 2026, the above document was filed through the Electronic Case Filing system for filing and service was accomplished for the registered participants.

/s/ Thomas Tso
THOMAS TSO