**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FEDERAL LABOR RELATIONS AUTHORITY, <br><br> *Defendant*. | CASE NO. 1:26-cv-11747-DJC |

**[~~PROPOSED~~] FINAL JUDGMENT**

For the reasons stated in the Court's Memorandum and Order on the Parties' Cross Motions for Summary Judgment, [Dkt. No. 41] it is hereby **ORDERED**, **ADJUDGED**, and **DECREED**:

1. Judgment is entered in favor of Plaintiffs American Federation of Government Employees, AFL-CIO; National Association of Government Employees, Inc.; American Federation of State, County And Municipal Employees, AFL-CIO; National Federation of Federal Employees, IAM, AFL-CIO; International Federation of Professional & Technical Engineers, AFL-CIO; National Nurses Organizing Committee/National Nurses United; Service Employees International Union, AFL-CIO; American Federation of Labor and Congress of Industrial Organizations on Counts I and II of Plaintiffs' Complaint [Dkt. No. 1].

2. The Court **DECLARES** that the provisions related to revocation of delegated authority to regional directors to determine matters under 5 U.S.C. § 7105(e)(1) and resulting

elimination of the review process under 5 U.S.C. § 7105(f) contained in the Meaning of Terms as Used in This Subchapter; Representation Proceedings; National Consultation Rights and Consultation Rights on Government-wide Rules or Regulations; Miscellaneous and General Requirements, 91 Fed. Reg. 13933 (March 24, 2026) ("interim final rule") and the Amendment to Memorandum Describing the Authority and Assigned Responsibilities of the General Counsel of the Federal Labor Relations Authority, 91 Fed. Reg. 13949 (March 24, 2026) ("amendment") are arbitrary and capricious and thus invalid.

3.  The Court further **DECLARES** that the April 23, 2026 effective date for these provisions is independently arbitrary and capricious and thus invalid.

4.  The Court, pursuant to 5 U.S.C. § 706(2)(A), therefore **VACATES** the interim final rule and amendment, except for certain "minor and technical changes" incorporated to "correct inadvertent errors and omissions,"[1] 91 Fed. Reg. at 13940.

5.  As the above-listed relief moots Plaintiffs' remaining notice and comment claim, Count III of Plaintiffs' Complaint is dismissed without prejudice.

**So ordered.**

July 8, 2026

_Denise J. Casper_
Chief United States Judge

---

[1] These "minor or technical changes," which were not challenged by Plaintiffs and are thus not vacated, amended the following sections: 5 C.F.R. § 2422.3; id. § 2422.5; id. § 2422.6; id. § 2422.34; id. §§ 2426.2(b)(2)(i), (iv), & (v), and (b)(3)(ii); id. §§ 2426.12(b)(2)(i), (iv), & (v), and (b)(3)(ii); id. §§ 2929.24(f)(7) and (f)(9); id. § 2429.7; and Section III of the amendment.